# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-9030-MC-W-GAF |
| ) | |
| RAYMOND RIZZONI, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Now before the Court is the Government's Voluntary Notice of Dismissal. Accordingly, it is

ORDERED that the above referenced case is dismissed without prejudice.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: November 5, 2009